UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ORMENO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PASHA AUTOMOTIVE SERVICES,<br><br>　　　　Defendant. | Case No. 19-cv-07258-VC<br><br>**ORDER WITHDRAWING ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 66 |

The order of conditional dismissal is withdrawn, and the Court will await a request for approval of the settlement from the parties.

**IT IS SO ORDERED.**

Dated: June 22, 2020

VINCE CHHABRIA
United States District Judge