Aaron D. Kaufmann (Cal. Bar No. 148580)
Philip C. Monrad (Cal. Bar No. 151073)
Afroz Baig (Cal. Bar No. 308324)
LEONARD CARDER, LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
akaufmann@leonardcarder.com
pmonrad@leonardcarder.com
abaig@leonardcarder.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ORMENO *and* MIGUEL RIVERA, | Case No. 19-cv-7258 VC |
| Plaintiffs, | **[~~PROPOSED~~] FINAL ORDER & JUDGMENT** |
| v. | |
| PASHA AUTOMOTIVE SERVICES, *a California corporation, and* DOES 1- 10, *inclusive,* | Date: Aug. 27, 2020<br>Time: 10:00 a.m.<br>Ctrm: 4<br>Judge: The Hon. Vince Chhabria |
| Defendants. | |

## [~~PROPOSED~~] FINAL ORDER AND JUDGMENT

The Court, having considered the parties' Private Attorneys General Act (Labor Code § 2698, *et seq.*) Settlement and Release Agreement ("Settlement"), Plaintiffs' Unopposed Motion for Approval of the Settlement and supporting declarations, Defendant Pasha Automotive Services' Statement of Non-opposition to the Motion for Approval of Settlement, and all other materials properly before the Court, and having conducted an inquiry pursuant to California Labor Code § 2699 and the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216, hereby finds and orders as follows:

1. Unless otherwise defined herein, all terms used in this Order (the "Final Order and Judgment") will have the same meaning as defined in the Settlement.

2. The Court has jurisdiction over the subject matter of this action, the Plaintiffs Henry Ormeno and Miguel Rivera, and the Defendant Pasha Automotive Services.

3. The Court finds that the Settlement, which has Defendant Pasha paying a Settlement Sum of $185,000 in exchange for releases AS set forth in the Settlement, was the product of protracted, arms-length negotiations between experienced counsel and with the assistance of Magistrate Judge Sallie Kim of this Court. The Court grants final approval of the Settlement, including the releases and other terms, as fair, reasonable and adequate as to the Plaintiffs on behalf of themselves and on behalf of the State of California Labor and Workforce Development Agency ("LWDA") (collectively, the "Settling Parties"). The Settling Parties are directed to perform in accordance with the terms set forth in the Settlement.

4. The individual claims brought on behalf of Plaintiffs Ormeno and Rivera, including the claims for overtime under the FLSA, are dismissed on the merits and with prejudice, permanently barring the Plaintiffs from filing, commencing, prosecuting, or pursuing the claims released by the Settlement.

5. The representative claims for penalties under PAGA, Labor Code § 2699, that Plaintiffs brought on behalf of the State of California and similarly situated individuals as defined in the Settlement are dismissed with prejudice   as set forth in the Settlement. The allocation

from the Settlement Sum of a minimum of $21,000 to the PAGA claim is approved, with a minimum of $15,750.00 being paid to the Labor Workforce Development Agency per the terms of the Settlement; the allocation to the PAGA claim settlement may increase depending on the final settlement administration costs, as set forth in the Settlement.

6. Plaintiffs' Counsels' request for attorneys' fees and litigation costs and expenses of $118,000 to be paid from the Settlement Sum is approved, as the Court finds these fees and litigation costs and expenses were reasonably incurred in prosecution of this case.

7. The action is hereby dismissed on the merits and with prejudice.

8. The Court shall have exclusive and continuing jurisdiction over this Action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement and this Final Approval Order.

9. The Parties are ordered to carry out the Settlement as provided in the Settlement.

10. This document shall constitute a judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: __August 26_____, 2020    _____
                Honorable Vincent Chhabria
                Judge, United States District Court